UST-10/1/91

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

IN RE

ROLAND J. MATURIN  CASE NO. 03-50445
    Debtor

REJECTION/RESIGNATION AS INTERIM/PERMANENT TRUSTEE

COME NOW, the undersigned having been previously appointed as interim trustee in accordance with 11 U.S.C. §703 and submits this resignation and request that a successor trustee be appointed.

This rejection/resignation is submitted because:

W. Simmons Sandoz has conflict.

_____
W. SIMMONS SANDOZ, TRUSTEE

================================================================

Effective this date, I hereby accept the rejection/resignation of W. SIMMONS SANDOZ having been previously appointed as interim trustee and have appointed __Paul Debaillon__ as successor interim trustee. A copy of the successor appointment letter is attached.

The §341 creditor's meeting previously scheduled for the __3rd__ day of __April__, 20__03__, at __9:30__ (has)/~~has not~~ been RESCHEDULED for the __17th__ day of __April__, 20__03__, at ~~9:30~~ 12:00 o'clock __p__.m.

DATE: __March 19, 2003__

J. MICHAEL BOLEN
United States Trustee
Region V, Judicial Districts
  of Louisiana and Mississippi

By: _Frances H. Strange_

RECEIVED MAR 12 5 06 AM '03

---

03-50445 - #3  File 03/21/03  Enter 03/21/03 17:01:15  Main Document  Pg 1 of 1