# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA

IN RE:  CASE NO. 03-50445 GHS
    MATURIN, ROLAND

DEBTOR(S)  CHAPTER 7 CASE

## TRUSTEE'S REPORT OF NO DISTRIBUTION

TO: The Honorable GERALD H. SCHIFF, Bankruptcy Judge

    NOTICE IS HEREBY GIVEN, AS FOLLOWS, THAT THERE ARE INSUFFICIENT ASSETS AVAILABLE TO PAY DIVIDENDS IN THIS CASE.

    I, PAUL N. DEBAILLON, TRUSTEE, having been appointed trustee of the estate of the above-named debtor(s), report that I have reviewed the schedules and statement of financial affairs, have examined the exemptions claimed by the debtor(s), have examined the debtor(s) during their Section 341(a) Meeting of Creditors as to the facts of their case including the propriety and validity of exemptions claimed by the debtor(s) and security interests claimed by creditors. I report further that there is insufficient property available for distribution to benefit the creditors of this estate and that I have made and will make no distributions of funds from this estate.

    I certify that I have fully administered this case in accordance with my duties and responsibilities as Chapter 7 trustee, and, therefore, request that I be discharged from any further duties as trustee.

Date:    4/17/03

/S/ Paul N. DeBaillon
PAUL N. DEBAILLON, TRUSTEE

    COPY SERVED ON THE OFFICE OF THE UNITED STATES TRUSTEE

THIS DATE:    4/17/03

*Include all names used by debtor within last 6 years