In re __Roland J. Maturin_____,    Case No. ___03-50445_____

                                          Debtor

# AMENDED
# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No.

**Private Capital
207 Heymann Blvd.
Lafayette, LA 70506** | X | - | | | **Business debt. Judgment dated 3/8/00 in prin. amt of $415,339.99 plus int & attorney fees. Debtor doesnt know if codebtors have made any pmnts toward this debt or if he's entitled to any credits from creditors.** | | X | X | **415,339.99** |
| Account No.

**Representing:
Private Capital** | | | | | **Jeffrey Ackermann
c/o Private Capital
P.O. Box 51308
Lafayette, LA 70505** | | | | |
| Account No.

| | | | | | | | | |
| Account No.

| | | | | | | | | |

|  |  | Subtotal
(Total of this page) | **415,339.99** |
|---|---|---|---|
| __0__ continuation sheets attached | | Total
(Report on Summary of Schedules) | **415,339.99** |

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                Best Case Bankruptcy