FILED
15 JUN 2004
J. BARRY DUNFORD, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

# UNITED STATES BANKRUPTCY COURT
## Western District of Louisiana

**Debtor(s):** Roland J. Maturin      **Case No. :** 03-50445

## FINAL DECREE

**IT IS ORDERED THAT:** Paul N. Debaillon is discharged as trustee of the estate of the debtor(s) and the bond is cancelled.

The case of the above named debtor(s) is closed.

/s/ Judge Gerald H. Schiff
U. S. Bankruptcy Court Judge

Dated: 06/15/2004